JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>    Plaintiff, | CV 19-09424 DSF (GJSx) |
| v. | JUDGMENT |
| LARCHMONT VILLAGE PLAZA, et al.,<br>    Defendants. | |

    The Court having granted a motion for summary judgment and declined supplemental jurisdiction over Plaintiff's state law claim,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's first cause of action be dismissed with prejudice and the second cause of action be dismissed without prejudice to filing in state court, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    IT IS SO ORDERED.

Date: July 20, 2020

*Dale S. Fischer*
Dale S. Fischer
United States District Judge